IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Beverly Tye, :
:
    Plaintiff(s), :
: Case Number: 1:17cv387
  vs. :
: Judge Susan J. Dlott
Cigna Corporation, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 10, 2018 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 24, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that Defendant Connecticut General Life Insurance Company (CGLIC) and Defendant Cigna's motions for judgment on the Administrative Record (Docs. 11, 12) are GRANTED.

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                                            s/Susan J. Dlott
                                                                            Judge Susan J. Dlott
                                                                            United States District Court